JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>LA CANADA RETAIL LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02365-RGK-GJS<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and LA Canada Retail, LLC, ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 20, 2021

*[signature: Gary Klausner]*

_____
UNITED STATES DISTRICT JUDGE